1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LEVI ROCKEFELLER,

          Petitioner

        v.

LOS ANGELES COUNTY
SHERIFF'S DEPARTMENT, et al.,

          Respondents.

Case No. 2:20-cv-04508-DOC (GJS)

JUDGMENT

    Pursuant to the Court's Order:  Dismissing Petition With And Without Prejudice; And Denying Certificate Of Appealability,

    IT IS ADJUDGED that the above-captioned case is dismissed in full as follows:  Grounds One and Two are dismissed with prejudice; and Ground Three is dismissed without prejudice.

DATED:   February 5, 2021  .

                            _____

                            DAVID O. CARTER
                            UNITED STATES DISTRICT JUDGE